**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1038**

———————

ESTHER N. TEMBI,

Petitioner,

versus

JOHN ASHCROFT, U.S. Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A75-342-852)

———————

Submitted: October 6, 2003          Decided: October 22, 2003

———————

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Danielle L.C. Beach-Oswald, NOTO & OSWALD, P.C., Washington, D.C.,
for Petitioner. Peter D. Keisler, Assistant Attorney General,
Mark C. Walters, Assistant Director, Mary Jane Candaux, Senior
Litigation Counsel, Office of Immigration Litigation, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Esther Nuk Tembi, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen removal proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Tembi's motion to reopen. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Tembi, No. A75-342-852 (B.I.A. Dec. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED